# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                              )
                                          )
Lockheed Martin Aeronautics Company       )     ASBCA No. 61480
                                          )
Under Contract No. F33657-03-C-2014       )

APPEARANCES FOR THE APPELLANT:          Stephen J. McBrady, Esq.
                                        Nicole J. Owren-Wiest, Esq.
                                        Skye Mathieson, Esq.
                                          Crowell & Moring LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Jeffrey P. Hildebrant, Esq.
                                          Air Force Deputy Chief Trial Attorney
                                        Kyle E. Gilbertson, Esq.
                                        Justin D. Haselden, Esq.
                                          Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

The contracting officer's final decision from which this appeal was taken has been rescinded. The government has moved to dismiss the appeal as moot and appellant does not object. When a contracting officer unequivocally rescinds a government claim, the government's action moots the appeal, leaving the Board without jurisdiction to entertain the appeal further. *Combat Support Associates*, ASBCA Nos. 58945, 58946, 16-1 BCA ¶ 36,288 at 176,973. Accordingly, the appeal is dismissed as moot.

Dated: June 25, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

LIS B. YOUNG
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61480, Appeal of Lockheed Martin Aeronautics Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals